**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

LESHAWN WILSON,                                )
                                                              )
                    Petitioner,                         )
                                                              )
v.                                                            )
                                                              )        No. 12-3293-CV-S-DW
                                                              )
LINDA SANDERS, Warden[1] United States  )
Medical Center for Federal Prisoners,         )
                                                              )
                    Respondent.

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate

Judge James C. England (Doc. 12). Judge England has completed his preliminary review

of the petition and has submitted to the undersigned a report and recommendation that the

petition be dismissed without prejudice.

Petitioner has had a full and fair opportunity to challenge Judge England's

recommended findings of fact, conclusions of law and proposed action. Petitioner has not

filed any objections to the report and recommendation.

After a de novo review of the report and recommendation and the record of this

case, it is concluded that the findings of fact, conclusions of law and proposed action of

Judge England are correct and should be approved. It is therefore ORDERED that:

(1)    The petitioner be, and is hereby, denied leave to proceed in forma pauperis;

---

[1] The name of the current warden at the Medical Center has been substituted as the proper
respondent.

and

(2)     The petition herein for a writ of habeas corpus be, and is hereby, dismissed

without prejudice.

SO ORDERED.




Date:     December 6, 2012                              /s/ Dean Whipple
                                                        Dean Whipple
                                                        United States District Judge